UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE, | No. 2: 17-cv-1270 KJN P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the instant action, petitioner challenges his December 10, 2010 conviction.

Court records reflect that petitioner is presently challenging his December 10, 2010 conviction in another pending action, Wallace v. Barnes, 2: 14-cv-0157 MCE EFB P. It is established that if a new petition is filed when a previous habeas petition is still pending before the district court without a decision having been rendered, then the new petition should be construed as a motion to amend the pending petition. Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008). However, the Woods holding will not be extended to a situation where the district court has ruled on the initial petition, and proceedings have begun in the Court of Appeals. Beaty v. Schriro, 554 F.3d 780, 782-83 & n.1 (9th Cir. 2009).

1

Petitioner's case, 2: 14-cv-0157 MCE EFB P, is pending and the district court has not yet ruled on the initial petition. Therefore, the petition filed in the instant action should be construed as a motion to amend his initial petition, and filed in 2:14-cv-0157 MCE EFB P. <u>Woods</u>, 525 F.3d at 888.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 21, 2017 petition (ECF No. 1) should be construed as a motion to amend and filed in petitioner's initial habeas action, 2:14-cv-0157 MCE EFB P; and

2. The Clerk of the Court is directed to file the petition (ECF No. 1) in Case No. 2: 14-cv-0157 MCE EFB P, and to terminate this action.

Dated: July 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wall1270.ord